**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

FILED VIA MAIL
DEC 29 2014
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re:
PAUL MORFIS
DEBORAH MORFIS

Case Number 6:13-BK-15430-ABB
Chapter 13

## REPORT TO THE COURT ON MEDIATION CONFERENCE

Pursuant to the Court's Order, a Mediation Conference was conducted by William Navarra, Supreme Court Certified Circuit Mediator, on the 23rd day of December, 2014. Present were:

| |
|---|
| Debtor(s): Paul Morfis and Deborah Morfis |
| Debtor's Counsel: Robert Zipperer, Esq. |
| Creditor/Bank's Counsel by telephone: Ali Kalman, Esq. |
| Bank/Service Representive by telephone: Donna Argeros |
| Others physically present: None |

The result of the Mediation Conference is as follows (Mediator selects only one):

_____ a) A full and complete settlement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval.

_____ b) A partial settlement agreement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval. Some issues will require Court resolution.

__X__ c) The parties agreed to adjourn mediation to an indefinite date. In the interim the parties will hold a conciliation call on February 3, 2015 at 11:00 am.

_____ d) The parties have impassed. All issues require Court intervention.

Dated: December 23, 2014

*William Navarra* (signature)
Supreme Court Certified Circuit Mediator #26678R

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed by first class mail to all parties listed below on this 23rd day of December, 2014:
Debtors: c/o Debtors' Counsel;
Debtors' Counsel: Robert Zipperer, Esq., 224 S. Beach Street, Suite 202, Daytona Beach, FL 32114;
Chapter 13 Trustee: Laurie K. Weatherford; PO Box 3450, Winter Park, FL 32792;
Creditor: Christiana Trust c/o Creditor's Counsel;
Creditor's Counsel: Ali Kalman, Esq., Lender Legal Services, LLC, 201 East Pine Street, Suite 730, Orlando, FL 32801.

*William Navarra* (signature)
William Navarra
PO Box 730714
Ormond Beach, FL 32173-0714
(386) 212-0120
williamnavarra@yahoo.com